**BAKER BOTTS L.L.P.**
Stuart C. Plunkett (SBN 187971)
stuart.plunkett@bakerbotts.com
101 California St, Suite 3600
San Francisco, CA 94111
Telephone: 415.291.6203
Facsimile: 415.291.6303

Danny David (*Pro Hac Vice* forthcoming)
danny.david@bakerbotts.com
Kevin T. Jacobs (*Pro Hac Vice* forthcoming)
kevin.jacobs@bakerbotts.com
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002
Telephone: 713.229.1234
Facsimile: 713.229.1522

*ATTORNEYS FOR PLAINTIFF*
*SUNNOVA ENERGY CORPORATION*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNNOVA ENERGY CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>SYNTROL PLUMBING, HEATING, AND AIR, INC.<br><br>Defendant. | CASE NO. 2:18-MC-00077-MCE-KJN<br><br>**ORDER CONFIRMING ARBITRATION AWARD**<br><br>Date: July 12, 2018<br>Time: 2:00 p.m.<br>Dept.: Courtroom 7<br><br>**Hon. Judge Morrison C. England** |

Having considered Plaintiff's Motion to Confirm Arbitration Award (ECF No. 3), Defendant's failure to oppose said Motion, and good cause appearing, Plaintiff's Motion is hereby GRANTED. The April 18, 2018 Arbitration Award is accordingly CONFIRMED.

IT IS SO ORDERED.

Dated: July 2, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE